STATE of Missouri, Respondent,

v.

Norman C. BALLARD, Appellant.

No. WD 35292.

Missouri Court of Appeals,
Western District.

April 24, 1984.

Daniel L. Radke, Sp. Public Defender, Richard W. Dahms, Public Defender, St. Joseph, for appellant.

John Ashcroft, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before SOMERVILLE, P.J., and CLARK and BERREY, JJ.

ORDER

PER CURIAM.

Appeal from judgment and conviction pursuant to § 571.030.1(4), RSMo Supp. 1982.

Judgment affirmed. Rule 30.25(b).

Anthony Ralph KIND, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 35359.

Missouri Court of Appeals,
Western District.

April 24, 1984.

Joseph H. Locascio, Sp. Public Defender, Mimi Droll, Asst. Sp. Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before PRITCHARD, P.J., and MANFORD and NUGENT, JJ.

ORDER

PER CURIAM.

Appeal from judgment denying motion, Rule 27.26, to vacate or set aside judgment of conviction of robbery in the first degree, § 569.020, R.S.Mo.1978, and sentence to ten years' imprisonment.

Affirmed. Rule 84.16(b).